# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:16-CR-00228</u>        Recorder: <u>CS 04/22/2016</u>        Date: <u>04/22/2016</u>

Present: The Honorable <u>Alka Sagar</u>, U.S. Magistrate Judge

Court Clerk: <u>Alma Felix</u>                              Assistant U.S. Attorney: <u>Rebecca Shults</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MARSHA GAY REYNOLDS<br>CUSTODY-PRESENT | STUART GOLDFARB<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Christina A. Snyder.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/31/2016 at 9:30 AM
    Status Conference 5/9/2016 at 1:30 PM
    Motion Hearing 5/9/2016 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Trial estimate: 3 days.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 03</u>
Initials of Deputy Clerk: <u>AF by TRB</u>

cc: Statistics Clerk, PSALA USMLA

4/25/2016