UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-228-CAS | | Date | May 9, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Laura Elias | Daffodil Tyminski for Reema El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MARSHA GAY REYNOLDS | | X | X | STUART GOLDFARB | X | | X |

**Proceedings:**   STATUS CONFERENCE

Hearing held and counsel are present.  The Court confers with counsel and grants defendant's request to continue the dates, as follows:

Status Conference/Motions Hearing **(1:30 P.M.)**: **July 25, 2016**; and
Jury Trial **(9:30 A.M.)**: **August 9, 2016**.

The Court takes defendant's oral waiver of her speedy trial rights, as stated in Court and on the record.  The government shall submit a Proposed Order re: Excludable Time forthwith.

|  |  | 00 | : | 03 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ | |